UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CR517 008

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | |
| v. ) | VIO: RE-ENTRY BY A FELON |
| ) | AFTER REMOVAL/DEPORTATION |
| CARLOS ALVARADO-GARCIA ) | 8 U.S.C. § 1326(a)(2)(b)(1) |
| ) | |

THE GRAND JURY CHARGES THAT:

COUNT ONE
8 U.S.C. §1326(a)(2)(b)(1)
(RE-ENTRY BY FELON AFTER REMOVAL/DEPORTATION)

On or about May 9, 2017, in Pierce County, within the Southern District of Georgia, and elsewhere, the defendant,

**CARLOS ALVARADO-GARCIA,**

being an alien previously excluded, deported and removed from the United States after being convicted of a felony offense, was found to be voluntarily in the United States without first having obtained permission for reentry as required by law.

All done in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

A True Bill.

_____
Foreperson

_____
James D. Durham
Acting United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Tania D. Groover*
Assistant United States Attorney
*Denotes Lead Counsel